629 A.2d 939

**Frank C. and Josephine CRISOLO, Petitioners,**

v.

**JOHNS–MANVILLE CORP., Keene Corp., et al.**

Supreme Court of Pennsylvania.

Sept. 1, 1993.

## ORDER

PER CURIAM:

AND NOW, this 1st day of September, 1993, the Petition for Allowance of Appeal is hereby granted limited to the following issues.

Whether the Superior Court reversed on a ground not presented to the court or preserved for appeal.

Whether it was appropriate for the Superior Court to apply the *Marinari* [1] "separate disease rule" retroactively.

MONTEMURO, J., did not participate in the consideration or decision of this case.

---

1. *Marinari v. Asbestos Corp. Ltd.,* 417 Pa.Super. 440, 612 A.2d 1021 (1992).